■ In the Matter of Milton Felsen, Respondent, v. Arthur R. Silsdorf, as Mayor of the Incorporated Village of Ocean Beach, et al., Appellants.— In a proceeding to validate petitions nominating petitioner as a candidate in the Incorporated Village of Ocean Beach Election to be held on June 15, 1971 for the public office of trustee of said village, the appeal is from a judgment of the Supreme Court, Suffolk County, entered June 10, 1971, which directed appellant Village Clerk to receive and accept said nominating petitions as filed on behalf of petitioner. Judgment reversed, on the law and the facts, without costs, and proceeding dismissed, without costs. In our opinion, there was an insufficient number of qualified signatories to the independent nominating petition of petitioner for the office of trustee of the village, the requirement being that the signatures shall be of qualified voters who were registered to vote at the last preceding general election (Election Law, § 138, subd. 1). Furthermore, the acceptance by the petitioner of the nomination was not timely filed (Election Law, § 143, subd. 9, par. b). Rabin, P. J., Martuscello, Latham, Shapiro and Benjamin, JJ., concur.

■ Frederick Aug, Jr., Petitioner, v. John L. Barry, as Commissioner of Police of the Suffolk County Police Department, Respondent.— Proceeding pursuant to article 78 of the CPLR to annul a determination of the Police Commissioner of the County of Suffolk dated September 10, 1970, which dismissed petitioner from his position as patrolman, effective September 14, 1970. Determination confirmed and proceeding dismissed on the merits, without costs. Petitioner was found guilty of four charges, involving six specifications. In our opinion, the charge specifying that he associated or fraternized with a certain person known to him to have been convicted of a crime was not proven by substantial evidence. However, the other charges were supported by substantial evidence and respondent's determination should be confirmed. Hopkins, Acting P. J., Martuscello, Shapiro, Gulotta and Brennan, JJ., concur.